PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>THOMAS S. CONN,<br><br>            Defendant. | 2:22-PO-00083-JDP<br><br>STIPULATION AND [Proposed] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:  September 12, 2022<br>TIME:   10:00 a.m.<br>COURT: Hon. Jeremy D. Peterson |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a status conference on September 12, 2022.

2.  Since the last status conference, the parties have come to an agreement to resolve the two violation notices under Case No. 2:22-po-00083-JDP. On September 8, 2022, the defendant forfeited collateral as to VN #9421609; however, the payment has not yet been processed by the Central Violations Bureau ("CVB"). The government will file a motion to dismiss VN #9421608.

/ / /

/ / /

/ / /

STIPULATION AND [Proposed] ORDER TO CONTINUE
STATUS CONFERENCE

3.     Accordingly, the parties jointly move to continue the September 12, 2022 status conference to September 19, 2022 at 10:00 a.m.  The parties believe this is sufficient time for the payment to be processed.  Once the payment is processed by CVB, the case will be closed and the hearing vacated.

IT IS SO STIPULATED.

Dated:  September 9, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ *Alstyn Bennett*
ALSTYN BENNETT
Assistant U.S. Attorney

Dated:  September 9, 2022

/s/ *Jeff Raven*
JEFF RAVEN
Counsel for Defendant
THOMAS S. CONN

(*Approved via email September 9, 2022*)

### [PROPOSED] FINDINGS AND ORDER

IT IS SO ORDERED this 9th day of September, 2022, that the status conference currently scheduled for September 12, 2022 is continued to September 19, 2022 at 10:00 a.m.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE