UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-PO-00083-JDP |
| Plaintiff, | [~~Proposed~~] ORDER TO DISMISS |
| v. | |
| THOMAS S. CONN, | DATE: September 19, 2022<br>TIME: 10:00 a.m.<br>JUDGE: Honorable Jeremy D. Peterson |
| Defendant. | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Violation Notice #9421608 under Case Number 2:22-PO-00083-JDP is GRANTED.

IT IS SO ORDERED.

Dated: September 12, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE